# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>CASEY JAMES PURINGTON<br>DOB: 1985; United Sates Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>24-07206MJ |

Complaint for violations of Title 18, United States Code §§ 115(a)(1)(B) and (b)(4), and 1503(a) and (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1**: On or about March 11, 2024, in the District of Arizona, the defendant, CASEY JAMES PURINGTON, did threaten to assault and murder Person A, a United States judge, with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties. All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

**COUNT 2**: On or about March 7, 2024, in the District of Arizona, the defendant, CASEY JAMES PURINGTON, did corruptly, and by threats and any threatening communication, influence, obstruct, and impede, and endeavor to influence, obstruct, and impede, the due administration of justice. All in violation of Title 18, United States Code, Section 1503(a) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

The defendant, CASEY JAMES PURINGTON, was a plaintiff in a civil suit. The assigned United States District Judge (Person A) granted the civil defendant's motion for summary judgment in December 2020, effectively ending the case.

On February 7, 2024, PURINGTON contacted Person A, via email regarding the civil case. The email was sent from cpurington1@gmail.com to Person A's Chambers and reads in part:

> I will **NEVER** walk away from this, and you can hate me all you want [Person A] 🖕, but it will never add up to how much I hate you. This is obvious what happened, and now we

…… CONTINUED ON NEXT PAGE ……..

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Deputy U.S. Marshal (DUSM) Vladimir St. Louis |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature: Jacqueline M. Rateau]* | **DATE**<br>March 14, 2024 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Sarah B. Houston

CC: USM, AUSA, PTS

CONTINUED:

> are at a meme war crossroads, so get ready, you thought Trump was bad... So much for your democracy and jurisprudence.

On February 10, 2024, PURINGTON sent the following email to Person A's Chambers:

> Gotcha Bitch! Are you having fun yet? I know it wasn't for me, but now that I've lost everything, I can watch you lose everything... 🤣👆
>
> Hope you have fun on this journey I'm about to take you on, you dumb cunt. 
>
> Ps.
> 
>
> Your bestie
> Casey

PURINGTON has repeatedly contacted Person A. PURINGTON uses the same phone number and email in all of these communications. To date, records indicate PURINGTON has made approximately 300 phone calls to the U.S. Courthouse and sent approximately 89 emails to Person A.

On March 7, 2024, PURINGTON called The Office of Phoenix Mayor Kate Gallego and spoke with an employee. PURINGTON made threats directed at Person A claiming that he was going to "hit her knees with a baseball bat."

On March 11, 2024, PURINGTON contacted the Arizona Commission on Judicial Conduct telephonically. During the call, PURINGTON referred to Person A and stated "I'll hang that bitch right outside her building, and you can tell her I said that. I'll get justice myself."