GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED
2024 APR 17 PM 4: 31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Casey James Purington,<br><br>　　　　Defendant. | No. CR24-01983 TUC-JAS(LCK)<br><br>**I N D I C T M E N T**<br><br>Violations:<br><br>18 U.S.C. §§ 115(a)(1)(B) and (b)(4)<br>Influencing Federal Official by Threat<br>Counts 1 and 2<br><br>18 U.S.C. §§ 2261A(2) and 2261(b)<br>Cyberstalking<br>Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 11, 2024, in the District of Arizona and elsewhere, the defendant, CASEY JAMES PURINGTON, did threaten to assault and murder Person A, a United States judge, with intent to retaliate against such judge on account of the performance of official duties, to wit: CASEY JAMES PURINGTON threatened to kill the judge by saying that he would hang the judge outside her building.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 2

On or about March 7, 2024, in the District of Arizona and elsewhere, the defendant, CASEY JAMES PURINGTON, did threaten to assault Person A, a United

States judge, with intent to retaliate against such judge on account of the performance of official duties, to wit: CASEY JAMES PURINGTON threatened to assault the judge by saying that he would hit her knees with a baseball bat.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 3

From February 7, 2024, to on or about March 15, 2024, in the District of Arizona and elsewhere, the defendant, CASEY JAMES PURINGTON, with the intent to injure, harass, and intimidate another person, used any interactive computer service and electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that placed that person in reasonable fear of the death of or of serious bodily injury to a person, and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, that is: from February 7, 2024, to on or about March 15, 2024, PURINGTON engaged in a course of conduct wherein he sent messages via email and/or the telephone to Person A and others that harassed, intimidated, and placed Person A in reasonable fear of the death of or of serious bodily injury and/or caused substantial emotional distress to Person A.

All in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 17, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

SARAH B. HOUSTON
Assistant U.S. Attorney

*United States of America v. Purington*
Indictment Page 2 of 2